

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 4, 2011

By ECF and By Hand

Kannan Sundaram, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, N.Y. 11201

    Re:  United States v. DiCristina
          Criminal Docket No. 11-414 (JBW)

Dear Mr. Sundaram:

    Enclosed please find one CD and documents containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The government hereby also requests reciprocal discovery.

The materials include:

    (1)  Returns on Search Warrants, executed on or about May 5, 2011, bearing Bates numbers DOJ_SW_102-111; and

    (2)  One CD bearing Bates number V0001 containing redacted photographs relating to Search Warrants, executed on or about May 5, 2011.

If you have any questions or further requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:    /s/
        Marisa Megur Seifan/Lan Nguyen
        Assistant U.S. Attorneys
        (718) 254-6008/6162

Enclosures

CC: Clerk of Court (JBW)(w/o enclosures)