

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 4, 2011

By ECF and Email

Kannan Sundaram, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, NY 11201

    Re:  United States v. DiCristina, et. al
           Criminal Docket No. 11-414 (JBW)

Dear Mr. Sundaram:

    Enclosed please find the defendant's "Advice of Rights" form, bearing Bates numbers LD 000005.

    If you have any questions or further requests, please do not hesitate to contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

            By:     /s/
                  Marisa Megur Seifan/Lan Nguyen
                  Assistant U.S. Attorneys
                  (718) 254-6008/6162

Enclosure

cc:  Clerk of Court (JBW)(w/o enclosures)