## Federal Defenders
### OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kirchheimer
Attorney-in-Charge

April 12, 2012

BY ECF and Hand Delivery
The Honorable Jack B. Weinstein
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  United States v. Lawrence Dicristina
      11-Cr-414 (JBW)

Dear Judge Weinstein:

  We write to respectfully request an additional brief adjournment of the sentencing proceeding, scheduled for April 17, 2012, in order to give defense counsel adequate time to discuss fully with Mr. Dicristina certain matters pertaining to the plea and sentencing. We request a one-week adjournment.

  Thank you for your consideration of this request.

                Respectfully Submitted,

                Kannan Sundaram
                Deirdre D. von Dornum
                Federal Defenders of New York, Inc.
                Tel.: (718) 330-1203/1208

cc:  AUSA Marisa M. Seifan (by ECF)
   AUSA Lan Nguyen (by ECF)
   James DiPietro, Esq. (by ECF)