



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

June 8, 2012

<u>By Federal Express</u>

Kannan Sundaram, Esq.
1 Pierrepont Plaza
16th Floor
Brooklyn, New York 11201

   Re: United States v. Lawrence DiCristina
     <u>Criminal Docket No. 11-414 (S-2) (JBW)</u>

Dear Mr. Sundaram:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government encloses one CD containing pen register applications and orders and a flyer that was obtained by UC-1 from the Warehouse on or about February 17, 2011.

  Please do not hesitate to contact us if you have any questions.

         Sincerely,

         LORETTA E. LYNCH
         United States Attorney

    By:    /s/
         Lan Nguyen
         Marisa Seifan
         Assistant U.S. Attorneys
         (718) 254-6162/6008