UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– against –<br><br>LAWRENCE DICRISTINA,<br><br>Defendant. | **ORDER**<br><br>11-CR-414 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 0 3 2012 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

Oral argument on defendant's motion to dismiss the indictment shall be heard at the *in limine* motion conference on July 9, 2012 at 9:30 a.m.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: July 2, 2012
Brooklyn, New York