UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| – against – | **ORDER**<br><br>11-CR-414 |
| LAWRENCE DICRISTINA, | |
| Defendant. | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 03 2012 ★

BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant proposes to call Randal D. Heeb, Ph.D. as an expert in support of its position that poker is not gambling and is game of skill as opposed to a game of chance. The court will hear from the proposed expert at a *Daubert* and relevancy hearing on July 6, 2012 at 1:00 p.m. EST. Dr. Heeb may appear by video conference.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:   July 3, 2012
        Brooklyn, New York