UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -              Cr. No. <u>11-414 (S-2) (JBW)</u>

LAWRENCE DICRISTINA,

           Defendant.

- - - - - - - - - - - - - - - -X


## THE GOVERNMENT'S EXHIBIT LIST


                                Loretta E. Lynch
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East
                                Brooklyn, New York  11201

Marisa Seifan
Nathan Reilly
Assistant U.S. Attorneys
    (Of Counsel)

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 101 | Six lock boxes and nine keys | | |
| 102 | Three lock boxes | | |
| 104 | 550 poker chips, three white dealer chips and six red dice | | |
| 105 | Metal poker chips carrying case | | |
| 106 | One deck of red playing cards, two white dealer chips and two poker tournament timers | | |
| 107 | One roll of raffle tickets, one double deck card holder, decks of cards, one black spiral ledger, two pages of ledger records, wager slips in an envelope and wager receipts in an envelope | | |
| 108 | 62 decks of cards, two poker tournament timers, one sealed deck of Bicycle playing cards, on sealed pack of Copag playing cards, on deck of plastic multi-colored cards, 13 double deck card holders, and miscellaneous gambling records | | |
| 109 | Photograph of close up of poker machine | | |
| 110 | Photograph of Poker Machines | | |
| 111 | Photograph of Lock boxes w/ keys, poker chips and playing cards | | |
| 112 | Photograph of Posters and Sign | | |
| 113 | Photograph of white board and no smoking sign | | |
| 114 | Photograph of poker tables | | |
| 115 | Photograph of entrance of the Warehouse, surveillance cameras | | |
| 116 | Photograph of Electric Bikes | | |
| 117 | Photograph of Sign: Electric Bikes | | |
| 118 | Flyer: Electric Bikes | | |
| 119 | Photograph of Lawrence Dicristina | | |
| 120 | Photograph of  Thomas Castellano | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 121 | Photograph of Michael Keevins | | |
| 122 | Photograph of Erik Lessin | | |
| 123 | Photograph of Stefano Lombardo | | |
| 124 | Photograph of Poker table | | |
| 125 | Photograph of Poker Machine | | |
| 126 | Photograph of Warehouse security camera | | |
| 127 | Photograph of Larry Barisciano | | |
| 128 | Photograph of Farizeh Bedanyi | | |
| 129 | Photograph of Buzzer | | |
| 130 | Photograph of Warehouse | | |
| 201 | Text Message dated, 2/10/11 | | |
| 202 | Text Message dated, 2/14/11 | | |
| 203 | Text Message dated, 2/17/11 | | |
| 204 | Text Message dated, 2/21/11 | | |
| 205 | Text Message dated, 2/24/11 | | |
| 206 | Text Message dated, 2/28/11 | | |
| 207 | Text Message dated,  3/3/11 | | |
| 208 | Text Message dated, 3/7/11 | | |
| 300 | CD of Video Clips | | |
| 300A | Transcript of Video Clip AVI 1 (6-18-6:28) | | |
| 300B | Transcript of Video Clip AVI 2 (00:45-00:57) | | |
| 300C | Transcript of Video Clip AVI 2 (1:05-1:21) | | |
| 300D | Transcript of Video Clip AVI 2 (5:33-6:44) | | |
| 300E | Transcript of Video Clip AVI 3 (0:49-2:06) | | |
| 300F | Transcript of Video Clip AVI 3 (2:07-3:29) | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 300G | Transcript of Video Clip AVI 3 (10:56-11:01) | | |
| 301 | CD of February 11, 2011 Video of Warehouse | | |
| 400A | Video Still of Rich | | |
| 400B | Video Still Jamie and Larry | | |
| 400C | Video  Still Mitzie and Larry | | |
| 400D | Video  Still Mitzie and Larry | | |
| 400E | Video  Still of Flyer | | |
| 400F | Video  Still of Jamie | | |
| 500 | CD of Consensual Phone Calls | | |
| 500A | Transcript of Phone Call (Call 540) | | |
| 500B | Transcript of Phone Call (Call 542) | | |
| 500C | Transcript of Phone Call (Call 544) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |