# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 6, 2012

**By ECF**
The Honorable Jack B. Weinstein
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

Re:   **United States v. Lawrence Dicristina**
          **11-CR-414 (JBW)**

Dear Judge Weinstein:

Attached for docketing purposes is a copy of a report prepared for this case by our proposed expert witness, Randal D. Heeb, Ph.D.. The report was provided to the Court (by email and by hand) and the government (by email) this morning.

Respectfully Submitted,

Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc:   Marisa Megur Seifan
        Nathan Reilly
        Assistant U.S. Attorneys