

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

July 25, 2012

**BY ECF**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:   United States v. Lawrence DiCristina
           Criminal Docket No. 11-414 (S-2) (JBW)

Dear Judge Weinstein:

      The government writes to respectfully request a one day extension in which to file its response to the defendant's Rule 29 motion.  Kannan Sundaram, counsel for the defendant, consents to this request.  Accordingly, the government respectfully requests that the government's response be due on Friday July 27, 2012. Thank you for your consideration.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

         By:   _____/s/_____
                        Marisa Seifan
                        Assistant U.S. Attorney
                        (718) 254-6008

cc:   Kannan Sundaram