UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

LAWRENCE DICRISTINA,

Defendant.

ORDER

11-CR-414

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 0 2 2012 ★

BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The government's untimely application to submit expert evidence is granted. *See* Gov't Mem. of L. in Opp. to Def.'s Rule 29 Mot. 32 n.8, Doc. Entry 96, July 27, 2012. The government's expert will be heard on August 10, 2012 at 10:30 a.m. The expert's report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be submitted prior to that hearing. Any other evidence the government wishes to present on the issue of whether poker is a game of chance or skill shall be submitted by August 10, 2012.

SO ORDERED.

_____/s/_____
Jack B. Weinstein
Senior United States District Judge

Dated: August 2, 2012
       Brooklyn, New York