UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– against –<br><br>LAWRENCE DICRISTINA,<br><br>Defendant. | ORDER<br><br>11-CR-414 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 7 2012 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The government's motion requesting an adjournment of the *Daubert* hearing scheduled for August 10 is denied. No additional time is granted for the government to submit its expert report. Further delay will not be granted.

1. The court has set a hearing date, which is the only one available in view of other trials and hearings previously scheduled.

2. The government's delay on a trial long concluded cannot be fathomed.

3. The witness is available on August 10th, as ordered.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 7, 2012
       Brooklyn, New York

