UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

LAWRENCE DICRISTINA,

Defendant.

ORDER

11-CR-414

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 14 2012 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

In his letter of August 13, 2012, the defendant has added to the record of the *Daubert* hearing conducted on August 10, 2012 with a supplemental expert report. The government has until Friday, August 17, 2012 to respond in writing.

In light of the long pendency of this motion, no further extensions of time will be granted to either party.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 14, 2012
      Brooklyn, New York