# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**LAWRENCE DICRISTINA,**

**Defendant.**

Docket Number __11-CR-0414 (JBW)__

__The Honorable Jack B. Weinstein__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ;   Order __X__ ;   Other ___ ;   __dismissing indictment__
                                                        (specify)

entered in this action on __August 21, 2012__
                              (specify)

Offense occurred after November 1, 1987   Yes __X__   No ____ .

The appeal concerns:   __Judgment of Acquittal and Order Dismissing Indictment__ /

Date __September 14, 2012__

TO:
Kannan Sundaram, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201
718-330-1203
kannan_sundaram@fd.org

ADD ADDITIONAL PAGE IF NECESSARY

**PETER A. NORLING, AUSA**
(Counsel for Appellant)

Address:   U.S. Attorney's Office - E.D.N.Y.
           271 Cadman Plaza East
           Brooklyn, New York, 11201
Telephone: 718-254-6280
E-Mail:    Peter.Norling@usdoj.gov

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ____ I am ordering a transcript.<br>__X__ I am not ordering a transcript.<br>**Reason:**<br>____ Daily copy is available<br>__X__ U.S. Attorney has placed order<br>____ Other. Attach explanation | **Prepare transcript of**                  Dates<br>____ Pre-trial proceedings  _____<br>____ Trial                _____<br>____ Sentence             _____<br>____ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment  ___ Funds  ___ CJA Form 24

ATTORNEY'S signature   **/s/ PETER A. NORLING**          Date   **September 14, 2012**

▶ COURT REPORTER ACKNOWLEDGMENT      To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____   Signature _____
                                         (Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002