# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

---

UNITED STATES OF AMERICA

- against -

LAWRENCE DICRISTINA,

Defendant.

Docket Number __11-CR-0414 (JBW)__

__The Honorable Jack B. Weinstein__
(District Court Judge)

---

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ;   Order __X__ ;   Other ___ ;   __dismissing indictment__
(specify)

entered in this action on __August 21, 2012__
(specify)

Offense occurred after November 1, 1987   Yes __X__   No _____ .

The appeal concerns: __Judgment of Acquittal and Order Dismissing Indictment__ /

Date __September 14, 2012__

__PETER A. NORLING, AUSA__
(Counsel for Appellant)

TO: Kannan Sundaram, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201
718-330-1203
kannan_sundaram@fd.org

Address: U.S. Attorney's Office - E.D.N.Y.
271 Cadman Plaza East
Brooklyn, New York, 11201
Telephone: 718-254-6280
E-Mail: Peter.Norling@usdoj.gov

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| ___ I am ordering a transcript.<br>__X__ I am not ordering a transcript.<br>Reason:<br>___ Daily copy is available<br>__X__ U.S. Attorney has placed order<br>___ Other. Attach explanation | Prepare transcript of<br>___ Pre-trial proceedings<br>___ Trial<br>___ Sentence<br>___ Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature   /s/ PETER A. NORLING     Date   September 14, 2012

---

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002